THE NATIONAL FURNITURE COMPANY

*vs.*

PRUSSIAN NATIONAL INSURANCE COMPANY.

Cumberland County.  Decided August 27, 1914.  Action upon a policy of insurance against loss by fire.  Plea, general issue with

brief statement. The jury found for the defendant, and the plaintiff filed exceptions to certain rulings of the Court and a general motion for a new trial. Exceptions and motion overruled. *Jacob H. Berman, Woodman & Whitehouse and Hinckley & Hinckley,* for plaintiff. *William H. Gulliver,* for defendant.